1  MICHELLE MARCHETTA KENYON, Bar No.127969
   DYLAN CROSBY, Bar No. 299536
2  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
3  Oakland, CA  94612
   Telephone: (510) 273-8780
4  Facsimile: (510) 839-9104

5  HARRIET A. STEINER, Bar No. 109436
   harriet.steiner@bbklaw.com
6  DANA M. VESSEY, Bar No. 280798
   dana.vessey@bbklaw.com
7  BEST BEST & KRIEGER LLP
   500 Capitol Mall, Suite 1700
8  Sacramento, California 95814
   Telephone:  (916) 325-4000
9  Fax:  (916) 325-4010

10 Attorneys for Respondents/Defendants
   CITY OF PIEDMONT and
11 CITY COUNCIL OF THE CITY OF PIEDMONT

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>            Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF PIEDMONT, a California municipality; CITY COUNCIL OF THE CITY OF PIEDMONT, its governing body; AND DOES 1-10,<br><br>            Respondents/Defendants. | Case No.  3:17-CV-06595 EMC<br><br>**STIPULATION FOR REFERRAL TO MEDIATION AND EXTENSION OF TIME TO FILE RESPONSIVE BRIEF** |

**STIPULATION**

Plaintiff CROWN CASTLE NG WEST LLC ("Plaintiff"), by and through its attorneys, Newmeyer & Dillon LLP, and Defendants CITY OF PIEDMONT and CITY COUNCIL OF THE CITY OF PIEDMONT (together, the "City"), by and through its attorneys, Best Best & Krieger LLP and Burke, Williams & Sorensen, LLP, hereby stipulate as follows:

1. The parties agree that this matter is appropriate for early mediation and are optimistic that a mediation may lead to a resolution of this matter, and request that the Court issue an order referring the parties to a court mediation pursuant to Local Rule 6. The parties also agree to hold the mediation session no later than March 9, 2018, pending the availability of court mediators; and

2. In anticipation of mediation and in order to conserve both the Court's and both parties' resources, pursuant to Local Rule 6-1(a), the parties agree to further extend the time in which the City has to respond to Plaintiff's Complaint herein by sixty (60) days, such that the City's response to the Complaint will be due on or before March 9, 2018. The parties previously stipulated to an initial 30-day extension of time in order to evaluate alternative dispute resolution options. This stipulation does not alter the date for any hearing or deadline set by the Court.

IT IS SO STIPULATED.

Dated: January 8, 2017                    NEWMEYER & DILLON LLP

By: */s/ Michael W. Shonafelt*
MICHAEL W. SHONAFELT
Attorneys for Petitioner/Plaintiff
CROWN CASTLE NG WEST LLC

Dated: January 8, 2017                    BEST BEST & KRIEGER LLP

By: */s/ Harriet A. Steiner*
HARRIET A. STEINER
DANA M. VESSEY
Attorneys for Respondents/Defendants
CITY OF PIEDMONT and CITY COUNCIL OF THE CITY OF PIEDMONT

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>                Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF PIEDMONT, a California municipality; CITY COUNCIL OF THE CITY OF PIEDMONT, its governing body; AND DOES 1-10,<br><br>                Respondents/Defendants. | Case No.  3:17-CV-06595 EMC<br><br>**[PROPOSED] ORDER FOR REFERRAL TO MEDIATION AND EXTENSION OF TIME TO FILE RESPONSIVE BRIEF** |

1  **[~~PROPOSED~~] ORDER**

2  Pursuant to the parties' stipulation and good cause appearing therefor, IT IS HEREBY

3  ORDERED as follows:

4  1.  This action is hereby referred to a court mediation pursuant to Local Rule 6, to be

5  held by March 9, 2018, pending the availability of court mediators; and

6  2.  Pursuant to Local Rule 6-1(a), the City has an additional sixty (60) days to respond

7  to Plaintiff's Complaint herein, such that the City's response to the Complaint will be due on or

8  before March 9, 2018.

9  Dated: January 22, 2018 ~~2017~~



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen