UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF PIEDMONT, a California municipality; CITY COUNCIL OF THE CITY OF PIEDMONT, its governing body; AND DOES 1-10,<br><br>Respondents/Defendants. | Case No. 3:17-CV-06595 EMC<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF CMC AND EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The case management conference currently scheduled for March 22, 2018 at 9:30 a.m. shall be continued to __4/19__ at 9:30 a.m. before the Honorable Edward M. Chen; and

2. Pursuant to Local Rule 6-1(a), the City has an additional thirty (30) days to respond to Plaintiff's Complaint herein, such that the City's response to the Complaint will be due on or before March 30, 2018.

Dated: March __8__, 2018



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen