83050.00002\30670900.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>  Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF PIEDMONT, a California municipality; CITY COUNCIL OF THE CITY OF PIEDMONT, its governing body; AND DOES 1-10,<br><br>  Respondents/Defendants. | Case No. 3:17-CV-06595 EMC<br><br>[PRO~~POS~~ED] ORDER RE CONTINUANCE OF MEDIATION COMPLETION DATE |

## [PR~~OPOSED~~] ORDER

Pursuant to the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

The mediation completion date of March 9, 2018 previously ordered by this Court is continued to April 12, 2018.

Dated: March 22, 2018



IT IS SO ORDERED

Judge Edward M. Chen