MICHELLE MARCHETTA KENYON, Bar No.127969
DYLAN CROSBY, Bar No. 299536
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612
Telephone: (510) 273-8780
Facsimile: (510) 839-9104

HARRIET A. STEINER, Bar No. 109436
harriet.steiner@bbklaw.com
DANA M. HOWARD, Bar No. 280798
dana.howard@bbklaw.com
BEST BEST & KRIEGER LLP
500 Capitol Mall, Suite 1700
Sacramento, California 95814
Telephone:  (916) 325-4000
Fax:  (916) 325-4010

Attorneys for Respondents/Defendants
CITY OF PIEDMONT and
CITY COUNCIL OF THE CITY OF PIEDMONT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>　　　　　　Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF PIEDMONT, a California municipality; CITY COUNCIL OF THE CITY OF PIEDMONT, its governing body; AND DOES 1-10,<br><br>　　　　　　Respondents/Defendants. | Case No.  3:17-CV-06595 EMC<br><br>**STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE AND CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

This Stipulation is entered into by and between Plaintiff CROWN CASTLE NG WEST LLC ("Plaintiff"), by and through its attorneys, Newmeyer & Dillon LLP, and Defendants CITY OF PIEDMONT and CITY COUNCIL OF THE CITY OF PIEDMONT (together, the "City"), by and through its attorneys, Best Best & Krieger LLP:

Whereas, on December 8, 2018, the parties filed an initial stipulation whereby they agreed to an extension of time for the City to respond to Plaintiff's Complaint, to January 8, 2018;

Whereas, on January 22, 2018, pursuant to a stipulation of the parties, the Court referred this matter to mediation, to be held no later than March 9, 2018, and extended the time for the City to file a responsive pleading to March 9, 2018;

Whereas, on February 5, 2018, the parties participated in a telephone conference with the assigned mediator, Margaret Corrigan, at which time all parties agreed to a mediation date of March 23, 2018;

Whereas, on March 7, 2018, pursuant to a stipulation of the parties, the Court extended the time for the City to file a responsive pleading to March 30, 2018 and set a case management conference for April 19, 2018;

Whereas, on March 21, 2018, pursuant to a stipulation of the parties, the Court continued the mediation completion date to April 12, 2018;

Whereas, on March 23, 2018, a mediation session between the parties was conducted, but was not completed; the parties tentatively agreed to a further telephonic conference to continue settlement discussions on April 6, 2018 at 2:00 p.m., with a further in-person mediation session to be held thereafter pending the availability of the mediator and all parties;

Whereas, in anticipation of further mediation and in order to conserve both the Court's and both parties' resources, the parties agree to continue the case management conference currently scheduled for April 19, 2018 to May 17, 2018 or after, pending the availability of the Court;

Whereas, pursuant to Local Rule 6-1(a), the parties agree to further extend the time in which the City has to respond to Plaintiff's Complaint herein by thirty (30) days, such that the

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

83050.00002\30684283.1

- 2 -

STIPULATION TO CONTINUE RESPONSIVE
PLEADING DEADLINE/CMC
CASE NO. 3:17-CV-6595 EMC

City's response to the Complaint will be due on or before **April 30, 2018**. As discussed above, the parties previously stipulated to an initial 30-day extension, and two additional extensions of 60 and 21 days, respectively, to allow the parties to conduct mediation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court:

The case management conference currently scheduled for April 19, 2018 at 9:30 a.m. shall be continued to **May 17, 2018** or after, pending the availability of the Court; and

Pursuant to Local Rule 6-1(a), the City has an additional thirty (30) days to respond to Plaintiff's Complaint herein, such that the City's response to the Complaint will be due on or before **April 30, 2018**.

Dated: April 3, 2018             NEWMEYER & DILLON LLP

By: */s/ Michael W. Shonafelt*
MICHAEL W. SHONAFELT
Attorneys for Petitioner/Plaintiff
CROWN CASTLE NG WEST LLC

Dated: April 3, 2018             BEST BEST & KRIEGER LLP

By: */s/ Harriet A. Steiner*
HARRIET A. STEINER
DANA M. HOWARD
Attorneys for Respondents/Defendants
CITY OF PIEDMONT and CITY
COUNCIL OF THE CITY OF
PIEDMONT

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>                Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF PIEDMONT, a California municipality; CITY COUNCIL OF THE CITY OF PIEDMONT, its governing body; AND DOES 1-10,<br><br>                Respondents/Defendants. | Case No.  3:17-CV-06595 EMC<br><br>**[PR~~OPOS~~ED] ORDER RE CONTINUANCE OF RESPONSIVE PLEADING DEADLINE AND CASE MANAGEMENT CONFERENCE** |

1  **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation and good cause appearing therefor, IT IS HEREBY

3  ORDERED as follows:

4  The case management conference currently scheduled for April 19, 2018 at 9:30 a.m. shall

5  be continued to ____May 24, 2018 at 9:30 a.m.____; and

6  Pursuant to Local Rule 6-1(a), the City has an additional thirty (30) days to respond to

7  Plaintiff's Complaint herein, such that the City's response to the Complaint will be due on or

8  before **April 30, 2018**.

10  Dated: __4/5_____, 2018



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814