UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>　　　　　Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF PIEDMONT, a California municipality; CITY COUNCIL OF THE CITY OF PIEDMONT, its governing body; AND DOES 1-10,<br><br>　　　　　Respondents/Defendants. | Case No. 3:17-CV-06595 EMC<br><br>[PROPOSED] ORDER RE CONTINUANCE OF RESPONSIVE PLEADING DEADLINE AND CASE MANAGEMENT CONFERENCE |

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

The case management conference currently scheduled for May 24, 2018 at 9:30 a.m. shall be continued to _____June 28, 2018 at 9:30 am_____; and

Pursuant to Local Rule 6-1(a), the City has an additional thirty (30) days to respond to Plaintiff's Complaint herein, such that the City's response to the Complaint will be due on or before **May 30, 2018**.

Dated: __May 11_____, 2018



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen