1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF PIEDMONT, a California municipality; CITY COUNCIL OF THE CITY OF PIEDMONT, its governing body; AND DOES 1-10,<br><br>    Respondents/Defendants. | Case No.  3:17-CV-06595 EMC<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF RESPONSIVE PLEADING DEADLINE AND CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

The case management conference currently scheduled for June 28, 2018 at 9:30 a.m. shall be continued to _August 2, 2018 at 9:30 am_; and

Pursuant to Local Rule 6-1(a), the City has an additional thirty (30) days to respond to Plaintiff's Complaint herein, such that the City's response to the Complaint will be due on or before **June 29, 2018**.

Dated: __6/7__, 2018

_____
EDWARD M. CHEN
United States District Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

83050.00002\31178544.1

- 2 -

[PROPOSED] ORDER
CASE NO. 3:17-CV-06595 EMC