1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CROWN CASTLE NG WEST LLC, a Delaware limited liability company,<br><br>           Petitioner/Plaintiff,<br><br>v.<br><br>CITY OF PIEDMONT, a California municipality; CITY COUNCIL OF THE CITY OF PIEDMONT, its governing body; AND DOES 1-10,<br><br>           Respondents/Defendants. | Case No. 3:17-CV-06595 EMC<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF RESPONSIVE PLEADING DEADLINE AND CASE MANAGEMENT CONFERENCE** |
|---|---|

1  [PROPOSED] ORDER

2  Pursuant to the parties' stipulation and good cause appearing therefor, IT IS HEREBY

3  ORDERED as follows:

4  The case management conference currently scheduled for August 2, 2018 at 9:30 a.m.

5  shall be continued to ___September 6, 2018___; and

6  Pursuant to Local Rule 6-1(a), the City has an additional thirty (30) days to respond to

7  Plaintiff's Complaint herein, such that the City's response to the Complaint will be due on or

8  before **August 1, 2018**.

9

10  Dated: __7/2__, 2018

11

12  _____
    EDWARD M. CHEN
13  United States District Judge

14

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814